IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ELAM MAY, JR.                                                                                          PETITIONER
ADC #128856

V.                                       NO. 5:05CV00287 JMM

LARRY NORRIS, Director,                                                                       RESPONDENT
Arkansas Department of Correction

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition received from Magistrate Judge Jerry Cavaneau. There have been no objections. The Findings and Recommendations are adopted in their entirety as this Court's findings.

Accordingly, judgment shall be entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety.

IT IS SO ORDERED this __1__ day of __March__, 2006.

_____
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

ELAM MAY, JR.                                                                                    PETITIONER
ADC #128856

V.                                      NO. 5:05CV00287 JMM

LARRY NORRIS, Director,                                                              RESPONDENT
Arkansas Department of Correction

## JUDGMENT

In accordance with the Court's Order entered this date, judgment is hereby entered dismissing this 28 U.S.C. § 2254 petition for writ of habeas corpus in its entirety, *with *without prejudice.

IT IS SO ORDERED this _____ day of _____, _____.

_____
UNITED STATES DISTRICT JUDGE